IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT TACOMA

**NATHEN BARTON**
Plaintiff/Petitioner

vs.

**JOE DELFGAUW; ET AL.**
Defendant/Respondent

Cause No.:   **3:21-cv-05610-RJB**
Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; ORIGINAL COMPLAINT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **17th day of September, 2021** at **2:51 PM** at the address of **8302 HIBISCUS CT, CONROE, Montgomery County, TX 77304**; this declarant served the above described documents upon **Tort Experts LLC c/o Michael Orell** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Michael Orell**, **I delivered the documents to Michael Orell with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 5'10" -6'0" tall and weighing 200-240 lbs with a beard and glasses.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$75.00**

Declarant hereby states under penalty of perjury under the laws of the State of Texas that the statement above is true and correct.

Date:   09/18/2021

*Rebecca Schuster* (signature)

**Rebecca Schuster, Reg. # PSC-12424, State of Texas**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: **Nathen Barton <farmersbranch2014@gmail.com>**
Ref #: **REF-8778719**

Tracking #: **0076372827**

