Honorable Robert J Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br>v.<br><br>JOE DELFGAUW, XANADU MARKETING INC., THE CREDIT PROS INTERNATIONAL CORPORATION, EXPERIAN INFORMATION SOLUTIONS INC., LGNB LLC, STARTER HOME INVESTING INC, TORT EXPERTS LLC, LAW OFFICE OF TOM WAGSTAFF, JR., LLC, LEARNER & ROWE, PC DV INJURY LAW PLLC,<br>&<br>JOHN DOE 1-10 | Case No.: **3:21-cv-05610-RJB**<br><br>MOTION TO DISMISS DEFENDANTS:<br><br>LAW OFFICE OF TOM WAGSTAFF, JR., LLC, LEARNER & ROWE, PC DV INJURY LAW PLLC<br><br>WITH PREJUDICE |

**MOTION FOR DISMISSAL OF PARTIES**



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Plaintiff Nathen Barton and defendants Law Office of Tim Wagstaff, Jr., LLC, Learner and Rowe, PC, and DV Injury Law PLLC have reached an agreement and moves the Court in the above captioned action to dismiss those named parties with prejudice.

__/s Nathen Barton___ ____9/27/2021_____
Nathen Barton Dated

Nathen Barton
(718) 710 5784
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

Honorable Robert J Bryan

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

JOE DELFGAUW, XANADU MARKETING INC., THE CREDIT PROS INTERNATIONAL CORPORATION, EXPERIAN INFORMATION SOLUTIONS INC., LGNB LLC, STARTER HOME INVESTING INC, TORT EXPERTS LLC, LAW OFFICE OF TOM WAGSTAFF, JR., LLC, LEARNER & ROWE, PC DV INJURY LAW PLLC, & JOHN DOE 1-10

Case No.: **3:21-cv-05610-RJB**

[proposed] DISMISSAL WITH PREJUDICE ORDER

ORDER

THIS MATTER came before the Court on Plaintiff's MOTION TO DISMISS PARTIES WITH PREJUDICE. Having considered the matter, as well as the pleadings and records in the Court's file and the relevant legal authorities, the Court is full informed. It is HEREBY ORDERED:

The defendants

Law Office of Tim Wagstaff, Jr., LLC

Learner and Rowe, PC



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

DV Injury Law PLLC

Are dismissed from the above captioned matter with prejudice.

Dated this _______________ day of ________________________, 2021.

________________________________________

District Court Judge

APPROVED AS TO FORM

__/s Nathen Barton ___

Nathen Barton, Pro Se



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607