Honorable Robert J Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE DELFGAUW, XANADU MARKETING INC., THE CREDIT PROS INTERNATIONAL CORPORATION, EXPERIAN INFORMATION SOLUTIONS INC., LGNB LLC, STARTER HOME INVESTING INC, TORT EXPERTS LLC, LAW OFFICE OF TOM WAGSTAFF, JR., LLC, LEARNER & ROWE, PC DV INJURY LAW PLLC, & JOHN DOE 1-10 | Case No.: **3:21-cv-05610-RJB**<br><br>DISMISSAL WITH PREJUDICE ORDER |

ORDER

THIS MATTER came before the Court on Plaintiff's MOTION TO AMEND. Having considered the matter, as well as the pleadings and records in the Court's file and the relevant legal authorities, the Court is full informed. It is HEREBY ORDERED:

The order in Docket 17 is amended to note that defendant

Law Office of Tom Wagstaff, Jr., LLC

is dismissed from the above captioned matter with prejudice.

Dated this 4th day of October, 2021.

*signature: Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

APPROVED AS TO FORM

__/s Nathen Barton____
Nathen Barton, Pro Se