1  Honorable Robert J Bryan

2
3
4
5
6
7
8
9
10
11  UNITED STATES DISTRICT COURT
12  WESTERN DISTRICT OF WASHINGTON

| NATHEN BARTON, | NO. 3:21-cv-05610-RJB |
|---|---|
| Plaintiff | |
| v. | NOTICE OF DISMISSAL OF A PARTY WITH PREJUDICE: |
| JOE DELFGAUW, XANADU MARKETING INC., THE CREDIT PROS INTERNATIONAL CORPORATION, EXPERIAN INFORMATION SOLUTIONS INC., LGNB LLC, STARTER HOME INVESTING INC, TORT EXPERTS LLC, & JOHN DOE 1-10 | THE CREDIT PROS INTERNATIONAL CORPORATION |
| Defendants. | |

13  **NOTICE OF DISMISSAL**

14  Defendant THE CREDIT PROS INTERNATIONAL CORPORATION. and Plaintiff

15  Nathen Barton have come to an agreement.  Under FRCP 41(a)(1)(A) Plaintiff files this notice of

16  dismissal (of a party) with prejudice.

17  _____s/ Nathen Barton_____            _____10/7/2021_____
18       Nathen Barton                              (Dated)

1  Nathen Barton
2  (718) 710 5784
3  4618 NW 11th Cir
4  Camas WA 98607
5  FarmersBranch2014@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

_____s/ Nathen Barton_____          _____10/7/2021_____
       Nathen Barton                              (Dated)