Honorable Robert J Bryan

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF CLARK

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br>v.<br><br>JOE DELFGAUW, XANADU MARKETING INC., EXPERIAN INFORMATION SOLUTIONS INC., STARTER HOME INVESTING INC, JOHN DOE 1-10<br><br>Defendants. | NO. **3:21-cv-05610-RJB**<br><br>DECLARATION OF NATHEN BARTON |

My name is Nathen Barton and I live at 4618 NW 11th Cir, Camas WA 98607. I am over the age of eighteen, and otherwise competent to be a witness in this matter. Except as expressly set forth herein, I make this declaration in my personal capacity and based on my personal knowledge.

1. The Court has expressed doubt that the Combined Joint Status Report and Discovery Plan ("JSR") I submitted is a joint submission (Dkt. 33).
2. I worked with defense counsel Donna Gibson ("Gibson") for about a week on this JSR.
3. Attached Exhibit A shows the final emails back and forth on the topic.



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

4. On Friday October 29, Gibson emailed me her final edits in a file called *Draft joint status repor delfgauw Xanadu edits.DOXC* in the message where she said "Here's my draft".
5. I replied to Gibson "I have no changes to propose, looks fine to me."
6. Gibson replied "Ok. Well that was easy. Go ahead and file it."
7. I only changed her document to the extent that I added my digital signature.
8. I noted that Gibson had not digitally signed the document but that it was signed by Christy A. Nelson, which at the time I thought was sufficient.
9. On Monday, November 1, Tyler Campbell emailed Gibson and I to alert us that the JSR was only signed by Barton, and asking if Gibson signed off on it as well.
10. Gibson replied later the same day confirming that she did.
11. I wish to make clear to the Court that I am not playing games, it was an honest mistake.
12. Gibson is traveling and I am sure she will officially add her signature to the submitted JSR soon.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct.

_____s/ Nathen Barton_____ ___11/3/2021__ Signed in Camas Washington
Signed by Nathen Barton Date Clark County



NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607