# Exhibit A



Gmail **N B <farmersbranch2014@gmail.com>**

## Delfgauw and Xanadu

**DONNA GIBSON** <donna@donnagibsonlaw.com> Fri, Oct 29, 2021 at 7:23 AM
To: Nathen Barton <farmersbranch2014@gmail.com>

Here's my draft. I'm drafting the corporate disclosure statement to file. Let me know what you think.
[Quoted text hidden]

**Draft joint status repor delfgauw xanadu edits.DOCX**
43K



Gmail **N B <farmersbranch2014@gmail.com>**

## Delfgauw and Xanadu

**Nathen Barton** <farmersbranch2014@gmail.com> Fri, Oct 29, 2021 at 7:26 AM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

I have no changes to propose, looks fine to me.

Nathen
[Quoted text hidden]



Gmail **N B <farmersbranch2014@gmail.com>**

## Delfgauw and Xanadu

**DONNA GIBSON** <donna@donnagibsonlaw.com> Fri, Oct 29, 2021 at 8:01 AM
To: Nathen Barton <farmersbranch2014@gmail.com>

Ok. Well that was easy. Go ahead and file it.

Donna Gibson
Attorney
Law Office of Donna Beasley Gibson
206-242-5529
[Quoted text hidden]

**Exhibit A**

11/3/21, 9:51 AM Gmail - 3:21-cv-05610-RJB Barton v. Delfgauw et al

Gmail N B <farmersbranch2014@gmail.com>

## 3:21-cv-05610-RJB Barton v. Delfgauw et al

**Tyler Campbell** <Tyler_Campbell@wawd.uscourts.gov> Mon, Nov 1, 2021 at 11:19 AM
To: "donna@donnagibsonlaw.com" <donna@donnagibsonlaw.com>, "FarmersBranch2014@gmail.com" <FarmersBranch2014@gmail.com>

Good morning,

The "Joint Status Report" was filed in this case, but was only signed by Plaintiff. Does defense also sign off on this? If so, please file an amended JSR or a praecipe with the signature of defense counsel as well.

Thank you,

**Tyler Campbell**

**Courtroom Deputy to the**

**Honorable Robert J. Bryan**

**253.882.3822**

**tyler_campbell@wawd.uscourts.gov**

11/3/21, 9:51 AM Gmail - 3:21-cv-05610-RJB Barton v. Delfgauw et al

Gmail N B <farmersbranch2014@gmail.com>

## 3:21-cv-05610-RJB Barton v. Delfgauw et al

**DONNA GIBSON** <donna@donnagibsonlaw.com> Mon, Nov 1, 2021 at 1:06 PM
To: Tyler Campbell <Tyler_Campbell@wawd.uscourts.gov>
Cc: FarmersBranch2014@gmail.com

Yes. Thank you

Donna Gibson
Attorney
Law Office of Donna Beasley Gibson
206-242-5529
[Quoted text hidden]

**Exhibit A**