Hon. J. Richard Creatura

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

NATHAN BARTON,

Plaintiff,

v.

JOE DELFGAUW, et al.

Defendant.

JOE DELFGAUW, et al.
          Counterclaimants,

v.

NATHEN BARTON,
          Counter defendant

**No.** 3:21-cv-05610-JRC

**MOTION FOR THE COURT TO ISSUE DISCOVERY ORDER**

**NOTED FOR: December 24, 2021**

**MOTION**

COMES NOW Defendants/Counterclaimants JOE DELFGAUW ("DELFGAUW"),

XANADU MARKETING INC. ("XANADU"), and STARTER HOME INVESTING INC.

("STARTER") (herein referred to collectively as "the collective defendants/counterclaimants")

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 1

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

by and through their undersigned attorney of record and move this Court for the issuance of a

discovery order.

## RELEVANT FACTS

This is a complaint for damages under the TCPA, in which Plaintiff NATHEN

BARTON claims damages caused by Defendants  DELFGAUW, XANAD., and STARTER,

among others.   Counterclaimants DELFGAUW, XANADU., and STARTER claim fraud on

the part of the Counter defendant, Plaintiff NATHEN BARTON.

The Complaint was filed on August 23, 2021.   Counsel for Defendant DELFGAUW

and XANADU appeared on September 20, 2021 and Answers and Counterclaims were filed

on October 5, 2021.   STARTER was not served at the same time and its Answer and

Counterclaims were filed on November 9, 2021.

During the pendency of Defendants/Counterclaimant's appearance, the following

discovery has been propounded by Plaintiff/Counterclaimant:

October 29:

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|------|--------|------|------|-----|---------------|------------|
| 10/29/21 | CC | XANADU | Admissions | 22 | | 1 |
| 10/29/21 | CC | XANADU | Interrogatories | 2 | | 1 |
| 10/29/21 | CC | XANADU | Production | 9 | | 1 |
| 10/29/21 | Def | XANDAU | Admissions | 5 | | 1 |
| 10/29/21 | Def | XANADU | Interrogatories | 4 | | 1 |

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

| Date | Def/CC | Name | Type | Amt | | |
|------|--------|------|------|-----|--|--|
| 10/29/21 | Def | XANADU | Production | 14 | | 1 |
| 10/29/21 | CC | DELFGAUW | Production | 16 | | 1 |
| 10/29/21 | CC | DELFGAUW | Interrogatories | 10 | | 1 |
| 10/29/21 | CC | DELFGAUW | Admissions | 16 | | 1 |
| 10/29/21 | Def | DELFGAUW | Production | 12 | | 1 |
| 10/29/21 | Def | DELFGAUW | Admissions | 26 | | 1 |
| 10/29/21 | Def | DELFGAUW | Interrogatories | 8 | | 1 |

*See Declaration of DBG in support of motion .*

Then on November 9, 2021, the following were issued:

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|------|--------|------|------|-----|---------------|------------|
| 11/9/2021 | CC | STARTER | Production | 15 | | 1 |
| 11/9/2021 | CC | STARTER | Admissions* w/drawn – resubmitted 12/9 | 13 | | 1 |
| 11/9/2021 | Def | STARTER | Production | 4 | | 1 |
| 11/9/2021 | Def | STARTER | Interrogatories | 7 | | 1 |

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/9/2021 | Def | DELFGAUW | Admissions | 4 | 30 | 2 |

*Id.* Before those could be answered, another round was sent on November 18, 2021

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|---|---|---|---|---|---|---|
| 11/18/2021 | CC | DELFGAUW | Production | 2 | 21 | 3 |
| 11/18/2021 | CC | XANADU | Production | 3 | 12 | 2 |
| 11/18/2021 | CC | STARTER | Production | 3 | 20 | 2 |
| 11/18/2021 | CC | XANADU | Admissions | 83 | 111 | 3 |
| 11/18/2021 | CC | STARTER | Admissions | 82 | 101 | 3 |

*Id.* Followed the next day by the following:

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|---|---|---|---|---|---|---|
| 11/19/2021 | DEF | DELFGAUW | Production | 13 | 25 | 2 |
| 11/19/2021 | CC | STARTER | Admissions | 2 | 103 | 2 |
| 11/19/2021 | CC | DELFGAUW | Admissions | 12 | 57 | 5 |

*Id.* Five days later another:

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 4

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|---|---|---|---|---|---|---|
| 11/24/2021 | D | STARTER | Admissions | 21 | 21 | 1 |

*Id.* And two days later, yet another round

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|---|---|---|---|---|---|---|
| 11/26/2021 | D | STARTER | Admissions | 2 | 23 | 2 |
| 11/26/2021 | CC | DELFGAUW | Admissions | 37 | 92 | 6 |
| 11/26/2021 | CC | XANADU | Admissions | 12 | 124 | 4 |

*Id.* And again three days later:

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|---|---|---|---|---|---|---|
| 11/29/2021 | Def | DELFGAWU | Admissions | 4 | 37 | 3 |
| 11/29/2021 | Def | STARTER | Production | 3 | 15 | 2 |
| 11/29/2021 | Def | XANADU | Admissions | 16 | 21 | 2 |
| 11/29/2021 | CC | DELFGAUW | Production | 2 | 24 | 4 |

*Id.* And again three days later, December 2, 2021 another set of requests was sent. *Id.*

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total sets |
|---|---|---|---|---|---|---|
| 12/2/2021 | CC | DELFGAWU | Admissions | 11 | 104 | 3 |

Then four days later, another round was sent:

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 5

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total Sets |
|------|--------|------|------|-----|---------------|------------|
| 12/7/2021 | CC | DELFGAUW | Admissions | 12 | 114 | 8 |
| 12/7/2021 | D | STARTER | Production | 3 | 18 | 3 |
| 12/7/2021 | Def | DELFGAUW | Production | 3 | 27 | 5 |
| 12/7/2021 | CC | STARTER | Interrogatories W/D ON 12/7 AFTER DISC CONFERENCE | 1 | 9 | 3 |

*Id.* And then another round later that day

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total Sets |
|------|--------|------|------|-----|---------------|------------|
| 12/7/2021 | CC | DELFGAUW | Interrogatories | 1 | 12 | 2 |

*Id.*

And again at 11:57 PM Sunday, December 12,2021

| Date | Def/CC | Name | Type | Amt | TOTAL # OF ?S | Total Sets |
|------|--------|------|------|-----|---------------|------------|
| 12/12/2021 | CC | DELFGAUW | Admissions | 26 | 141 | 9 |
| 12/12/2021 | Cc | DELFGAUW | Production | 5 | 32 | 6 |

The parties held a discovery conference on December 2, 2021 to discuss the objections and alleged non-responses by Plaintiff /Counter defendant BARTON had.   *Id.* Then on December 9, 2021, the Plaintiff "resubmits" his withdrawn Requests for Admissions to

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 6

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

Counterclaimant Starter  Homes First Requests for Admissions – apparently the same ones

original sent on November 9th.  *Id.*

## AUTHORITY AND ARGUMENT

Although the Federal Rules of Civil Procedure only spell out a limit to the number of

total interrogatories one party may propound to another (limiting interrogatories to 25,

including subparts FRCP 33), FRCP 26(b)(2)(c) states as follows:

> When Required. On motion or on its own, the court must limit the frequency or extent
> of discovery otherwise allowed by these rules or by local rule if it determines that:
> (i)     the discovery sought is unreasonably cumulative or duplicative, or can be
>         obtained from some other source that is more convenient, less burdensome, or
>         less expensive;
> (ii)    the party seeking discovery has had ample opportunity to obtain the
>         information by discovery in the action; or
> (iii)   (iii) the burden or expense of the proposed discovery outweighs its likely
>         benefit, considering the needs of the case, the amount in controversy, the
>         parties' resources, the importance of the issues at stake in the action, and the
>         importance of the discovery in resolving the issues.

FRCP 26(B)(2)(c).

This ***should*** be a rather simple case.  Certainly, other than attorneys fees (and

Plaintiff/Counter defendant is ***pro se in this matter***), the amount in controversy in Plaintiff's

complaint is limited.  The  statutory damages available in this case are $500 per violation, and

courts have discretion to award treble damages ($1,500) for willing or knowing violations.

Plaintiff has not pled any actual damages.   The discovery requests in this matter are quite

disproportionate considering the damages.

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 7

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

Certainly the rules do not contemplate what is occurring in this case – rapid fire sets of discovery only a week or so apart, before answers to outstanding sets can be compiled.   What BARTON is conducting is discovery abuse[1] and if not abuse, then it is being done in a manner to bombard the defendants/counterclaimants.

There does not appear to be any caselaw on this subject, but surely the court can intervene and control the limits and extent of discovery.

Mr. Barton seems hellbent on bombarding the parties with rapid fire sets of requests for discovery in the hopes that, especially admissions, will get buried in the pile, deadlines missed and he can trudge forth with his mission.  He clearly has no concept of how litigation is conduction.   He sent an email with his second set of discovery requests on December 7, 2021, stating

" Hello, I apologize for submitting two separate discovery requests on the same day but lawyers do what they do when they do it and I did not know this was coming." *See decl. of DBG filed herewith.*  If this is not discovery abuse, it is certainly bordering on it. If the roles were reversed and counsel for defendants were conducting discovery in this manner, surely our feet would be put to the fire for these tactics.

The collective defendants/counterclaimants request this Court issue a discovery order that limits the number of outstanding discovery requests to a party to one of each type. Further, we ask the Court to order Plaintiff/Counter defendant BARTON to combine all of the outstanding discovery into one document to ease in the response.  For example, take the **eight**

---

[1] The defendants/counterclaimants are not bringing to the court the issue of the content of the requests.  That would be addressed at a later date.

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 8

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

outstanding  sets of requests for admissions to defendant JOE DELFGAUW and combine them into one document[2].  And then wait until there is a response before he send set number nine, should he desire to do so.

There are so many sets sent at varying times that counsel honestly has no idea if she has all of the requests and the fact that Mr. Barton may get a thought in his head one day and fire off a round, without even waiting for the response to the outstanding discovery, which could reasonably answer the set popping into his head, would help streamline the discovery process.

The discovery cut-off date in this matter is not until June 22, 2022 and Plaintiff/Counter defendant will not be prejudiced in any way by streamlining his requests.  As it stands, his requests in their current form are insanely burdensome to the combined defendants/Counterclaimants.  It took counsel over an hour to compile the table used in this motion.  *See declaration of DBG.*  And then when BARTON withdraws and amends his requests and then reissues them, it is further convoluted as to what his requests are the collective defendants/counterclaimants

### RELIEF REQUESTED

The collective defendants/counterclaimants hereby request this court to Order Plaintiff/Counter defendant to streamline his discovery requests by combining the outstanding discovery into one set of each type to each defendant and wait until those are responded to before issuing additional discovery requests.

---

[2] The latest set propounded on December 12 was labeled Ninth Request.  The first request was already answered.

REQUEST FOR DISCOVERY ORDER
3:21-cv-05610-JRC
PAGE - 9

LAW OFFICE OF DONNA BEASLEY GIBSON
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529 tel. FAX 425-332-7068

1

2      Respectfully submitted this 13th day of December, 2021.

3

4                                    __s/Donna Gibson_____

5                                    Donna Gibson, WSBA 33583
                                     Attorney for Defendant JOE DELFGAUW
                                     Law Office of Donna Beasley Gibson
6                                    1204 Cleveland Ave
                                     Mount Vernon, Wa  98273
7                                    (206) 242-5529
                                     F;  (425) 332-7068
8                                    donna@donnagibsonlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23