1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  NATHEN BARTON,

11              Plaintiff,

CASE NO. 3:21-cv-05610-JRC

12       v.

ORDER DENYING PLAINTIFF'S MOTION TO DISMISS

13  JOE DELFGAUW, *et al.*,

14              Defendants.

15

16   This matter is before the Court on the parties' consent to proceed before a Magistrate

17  Judge (Dkt. 38) and on plaintiff's motion to dismiss or for a more definite statement. Dkt. 44.

18   On August 23, 2021, plaintiff, proceeding *pro se*, filed this action asserting claims under

19  the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.*, ("TCPA") and state law

20  alleging several defendants communicated with him by telephone without his consent while his

21  phone number was registered on the national Do-Not-Call Registry. Dkt. 1. Plaintiff seeks

22  damages and treble damages under 47 U.S.C. § 277(b)(3), costs, and injunctive relief. *Id.* On

23  November 9, 2021, defendant Starter Home Investing, Inc. ("Starter Home") filed an answer and

24

1  a counterclaim against plaintiff for fraud and fraud by non-disclosure. Dkt. 39. On November 9, 2021, plaintiff filed a motion to dismiss or for a more definite statement. Dkt. 44. Defendant Starter Home did not respond to the motion to dismiss. Ordinarily, the Court may deem a party's failure to oppose a motion as an admission that the motion has merit. *See* Local Civil Rule 7(b)(2). However, plaintiff previously filed an identical motion against another defendant in this matter with identical counterclaims, which the Court denied. *See* Dkts. 20, 24, 45. Because the counterclaims and arguments are the same in both motions, the Court denies plaintiff's current motion for the same reasons it denied his first. Therefore, plaintiff's motion (Dkt. 44) is denied.

Dated this 21st day of December, 2021.

_____
J. Richard Creatura
Chief United States Magistrate Judge