Hon. J. Richard Creatura

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE WESTERN DISTRICT OF WASHINGTON**

NATHEN BARTON,

Plaintiff,

v.

JOE DELFGAUW, et al.

Defendants.

JOE DELFGAUW, XANADU MARKETING INC., STARTER HOME INVESTING INC.

Counterclaimants,

v.

NATHEN BARTON,

Counter Defendant.

**CASE NO. 3:21-cv-05610-JRC**

**DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JUDICIAL NOTICE OF FRAUD CONVICTION; ALTERNATIVELY TO CONTINUE THE MOTION ONE WEEK SO THAT A RESPONSE CAN BE FILED.**

**Noted for: January 3, 2022**

COMES NOW the Defendants/Counterclaimants JOE DELFGAUW, XANADU MARKETING INC., and STARTER HOME INVESTING INC. (hereinafter, collectively "these answering parties") and move this Court for an Extension of Time to Respond to

**EX PARTE MOTION TO EXTEND TIME FOR RESPONSE, ALTERNATIVELY FOR CONTINUANCE OF MOTION**
Page 1
**3:21-cv-05610-JRC**

**Law Office of Donna Beasley Gibson PLC**
**1204 Cleveland Avenue**
**Mount Vernon, WA 98273**
**206-242-5529**

Plaitniff's Motion for Judicial Notice of Fraud Conviction. Alternatively, these responding parties ask this Court to continue the motion one week so that they have time to properly respond to the motion.

This motion is based on the declaration of counsel and the records and files herein.

Dated this 1st day of January, 2022

s/Donna Gibson
Donna Gibson WSBA 33583
Attorney for Defendant
Attorney for Defendants JOE DELFGAUW, XANADU MARKETING INC and STARTER HOME INVESTING INC
Law Office of Donna Beasley Gibson
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529/Fax: 425-332-7068
beasleylaw@msn.com
donna@donnagibsonlaw.com

EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

**FACTS**

Plaintiff filed its for Judicial Notice of Delfgauw's Fraud Conviction on December 22, 2021, with a noting date of 1/7/22. See Dkt. 70. Plaintiff also filed four other motions with noting dates of 1/7/22, *See* Dkt. 59, 64, 66, and 68, respectively. Counsel in this case also represents another defendant in a matter with Plaintiff BARTON, where he filed the same a motion to strike affirmative defenses, noted for the same day, 1/7/22.[1] Counsel also has

---

[1] *See* 3:21-cv-05338-BHS, *Barton v. Serve All, Help All Inc.*, Western District of Washington. Motion filed at Dkt. 59, 64, 66, 68, and 70).

**EX PARTE MOTION TO EXTEND TIME FOR RESPONSE, ALTERNATIVELY FOR CONTINUANCE OF MOTION**
Page 2
**3:21-cv-05610-JRC**

**Law Office of Donna Beasley Gibson PLC**
**1204 Cleveland Avenue**
**Mount Vernon, WA 98273**
**206-242-5529**

opening briefs due on January 3, 2022 in other matters in this Court[2], and had several matters in Whatcom County Superior Court were scheduled for hearings between the time of filing of this motion and the due date. *See* Declaration of Donna Gibson.

Counsel for Defendant is a solo practitioner and due to the COVID-19 pandemic, counsel's staff and counsel are currently working from home. *See* Declaration of Donna Gibson. Counsel was in a motor vehicle accident on June 26, 2021 and is suffering from two partial thickness rotator cuff tears which were recently diagnosed on December 17, 2021 after an MRI on December 16, 2021. Over use of her hands, arms and shoulder, doing things such as typing, increases the pain in her shoulder and causes headaches and vision issues. *See* Declaration of Donna Gibson.

Further, between the time this motion was filed and the response was due, was Christmas Eve and Christmas Day, record breaking cold and snow and windstorms on Dec 24, 25, 26, 27 and again on December 30. Internet in Anacortes was intermittent during those times.

Counsel is working closely with these answering parties' in-house counsel, who is in Michigan and is more familiar with the facts and the underlying issues brought up in Plaintiff's motion. However, due to the distance, the time difference and the holidays, Counsel have not had time to adequately confer on this matter.

*See* Declaration of Donna Gibson.

---

[2] 2:21-cv-01228-MLP *Austin v. Comm'r of Social Security*, Western District of Washington.



**Law Office of Donna Beasley Gibson PLC**
**1204 Cleveland Avenue**
**Mount Vernon, WA 98273**
**206-242-5529**

**RELIEF REQUESTED**

Defendant, through Counsel, respectfully requests that this Court to extend the time to file a response to this motion; alternatively, to continue the motion one week so that a response can be filed.

Respectfully submitted this 1st day of January, 2022.

____s/Donna Gibson________________
Donna Gibson WSBA 33583
Attorney for Defendant
SERVE ALL HELP ALL INC.
Law Office of Donna Beasley Gibson
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529/Fax: 425-332-7068
beasleylaw@msn.com
donna@donnagibsonlaw.com

Respectfully submitted this 31st day of December, 2021

____s/Donna Gibson________________
Donna Gibson WSBA 33583
Attorney for Defendants JOE DELFGAUW, XANADU MARKETING INC and STARTER HOME INVESTING INC
Law Office of Donna Beasley Gibson
1204 Cleveland Ave
Mount Vernon, WA 98273
206-242-5529/Fax: 425-332-7068
beasleylaw@msn.com
donna@donnagibsonlaw.com

**EX PARTE MOTION TO EXTEND TIME FOR RESPONSE, ALTERNATIVELY FOR CONTINUANCE OF MOTION**
Page 4
**3:21-cv-05610-JRC**

**Law Office of Donna Beasley Gibson PLC**
**1204 Cleveland Avenue**
**Mount Vernon, WA 98273**
**206-242-5529**