Honorable J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON, | CASE NO. **3:21-cv-05610-JRC** |
| Plaintiff | MOTION FOR ENTRY OF DEFAULT |
| v. | |
| JOE DELFGAUW, XANADU MARKETING INC., EXPERIAN INFORMATION SOLUTIONS INC., STARTER HOME INVESTING INC, & JOHN DOE 1-10 | |

COMES NOW Plaintiff Nathen Barton (hereinafter referred to as "Barton") to ask this Court to note defendant Joe Delfgauw ("Delfgauw"), Xanadu Marketing Inc. ("Xanadu"), and Starter Home Investing Inc. ("Starter Home") to be in default.

This Court granted Barton's Motion to Amend (Dkts. 51, 56) on 12/29/21 (Dkt. 77).

Barton filed the Amended Complaint on 12/31/2022 (Dkt. 83) using the Electronic Filing (CM/ECF) system.

As of 1/18/2022 no defendant has Answered the Amended Complaint.

By FRCP 15(a)(3) they have 14 days after service of the Amended Complaint to answer.

1  By Plaintiff's calculation, today, January 18, 2022, is more than 14 days after the

2 Amended Motion to Dismiss was served on 12/31/2021, and Plaintiff has not received a

3 responsive pleading in the above captured action, nor has the Defendant or Defendant's counsel

4 asked for more time or sent Plaintiff an Answer to his Amended Complaint, or a further

5 responsive pleading. Plaintiff testifies to the same in the associated Declaration of Nathen

6 Barton.

7  Therefore, Plaintiff submits this motion for an entry of default.

8  __s/ Nathen Barton__         _____1/18/2022_____
     (signed)                         (Dated)

10 Nathen Barton
   4618 NW 11th Cir
11 Camas WA 98607

Honorable J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br>v.<br><br>JOE DELFGAUW, XANADU MARKETING INC., EXPERIAN INFORMATION SOLUTIONS INC., STARTER HOME INVESTING INC, & JOHN DOE 1-10 | CASE NO. **3:21-cv-05610-JRC**<br><br>[PROPOSED] ORDER FOR ENTRY OF DEFAULT |

THIS MATTER came before the Court on Plaintiff's MOTION FOR ENTRY OF DEFAULT.  Having considered the matter, as well as the pleadings and records in the Court's file and the relevant legal authorities, the Court is full informed.  It is HEREBY ORDERED:

Defendants Joe Delfgauw, Xanadu Marketing Inc., and Starter Home Investing Inc. are in default on the above captioned matter.  The clerk of the Court is to enter each party's default.

Dated this _____ day of _____, 2022.

_____

|   |   |
|---|---|
| 1 | Judge of Federal Court |
|   | Western District of Washington |
| 2 | APPROVED AS TO FORM |
| 3 | __s/ Nathen Barton__ |
|   | Nathen Barton, Pro Se |