HON. J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>　　　Plaintiff<br><br>v.<br><br>JOE DELFGAUW, XANADU MARKETING INC., EXPERIAN INFORMATION SOLUTIONS INC., STARTER HOME INVESTING INC, JOHN DOE 1-10<br><br>　　　Defendants. | Case No.: **3:21-cv-05610-JRC**<br><br>NOTICE OF UNAVAILABILITY |
| JOE DELFGAUW, XANADU MARKETING INC., STARTER HOME INVESTING INC,<br><br>　　　Counterclaimants<br>v.<br><br>NATHEN BARTON,<br><br>　　　Counter Defendant | |

TO: The Clerk of the Court; and

TO: Nathen Barton, Pro Se Plaintiff/Counter Defendant

MOTION TO QUASH WARRANT

Page 1

Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

Notice is hereby given that attorney Donna M. Gibson as Attorney for the Defendant/Counterclaimants JOE DELFGAUW, XANADU MARKETING INC and STARTER HOME INVESTING, INC will be unavailable from February, 28, through March 15, 2022. It is requested that no action be taken or noted during this period.

If motions, discovery or other request is noted in such a manner that the period for preparation or response included any of the unavailable dates, then you are requested to enlarge that period accordingly.

DATED: January 23, 2022

                                                s/Donna Gibson
Donna Gibson, WSBA #33583
Law Office of Donna Beasley Gibson
1204 Cleveland Ave
Mount Vernon, WA  98273
(206) 242-5529
Fax:  (425) 332-7068
donna@donnagibsonlaw.com

MOTION TO QUASH WARRANT      Law Office of Donna Beasley Gibson PLLC
Page 2      1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529