IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>  Plaintiff,<br><br>v.<br><br>JOE DELFGAUW, XANADU MARKETING INC., STARTER HOME INVESTING INC, & JOHN DOE 1-10,<br><br>  Defendants.<br><br>JOE DELFGAUW, XANADU MARKETING INC., STARTER HOME INVESTING INC, & JOHN DOE 1-10,<br><br>  Counterclaimants,<br><br>v.<br><br>NATHEN BARTON,<br><br>  Counter Defendants. | **CASE NO. 3:21-cv-05610-JRC**<br><br>**DEFENDANTS JOE DELFGAUW, XANADU MARKETING INC and STARTER HOME INVESTING INC.'S ANSWER TO FIRST AMENDED COMPLAINT.** |

COMES NOW Defendants **JOE DELFGAUW, XANADU MARKETING INC and STARTER HOME INVESTING INC.'S** and answers the Complaint as follows:   There are no paragraph numbers.   Defendants responds to each paragraph in order.

ANSWER TO FIRST AMENDED COMPLAINT
Page  1
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

## I. BASIS FOR JURISDICTION

Defendants lack sufficient personal information to admit or deny the information as to the residence of Plaintiff and leaves Plaintiff to its proofs as to the remaining allegations in this paragraph.

Defendants admit that if Plaintiff does live in Washington that venue and jurisdiction are proper in this Court.  Defendants lack sufficient personal information to admit or deny the information as to the residence of Plaintiff and leaves Plaintiff to its proofs as to the remaining allegations in this paragraph.

The remainder of the allegations in the section are vague and the Answering Parties leave Plaintiff to his proofs.

## II. THE PARTIES TO THE LITIGATION

Defendants lack sufficient personal information to admit or deny the information as to the residence of Plaintiff and leaves Plaintiff to its proofs.

Page 2, lines 1-3, Defendants lack sufficient information on which to form a belief and therefore  Plaintiff to its proofs

Page 2, lines 4-5 Denied

Page 2, lines 6-11, Defendants lack sufficient information on which to form a belief and therefore  Plaintiff to its proofs

Page 2, lines 12-13, Denied

Page 2, lines 14-17, Admitted

Page 2, line 18, Denied

ANSWER TO FIRST AMENDED COMPLAINT
Page  2
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

1  Page 2, lines 19-21 & Page 3, 1-2, Admit

2  Page 3, lines 3-5, Denied

3  Page 3, lines 6 and part of 7, Denied

4  Page 3, lines 7-10, Denied

5  Page 3, lines 11-14, Defendants lack sufficient information on which to form a belief and

6  therefore Plaintiff to its proofs

7

8  Page 3, line 15 Admit

9  Page 3, line 16, Denied

10  Page 3, line 17 -20, Admit

11  Page 3, lines 21-23 & Page 4, lines1- 12, Defendants lack sufficient information on which

12  to form a belief and therefore Plaintiff to its proofs

13  III. STATEMENT OF CLAIM

14  Page 4 lines 3 -9, the Answering Parties lack sufficient information on which to form a

15  belief and therefore leave Plaintiff to its proofs.

16  **Text Messages from SMS Short Code 33959**

17

18  Page 4, lines 13-14, Admit

19  Page 4, lines 15 -22 & all of page 5 & line1 of page 6, Defendants lack sufficient

20  information on which to form a belief and therefore Plaintiff to its proofs

21  Page 6, lines 2-6 Admit

22

   Page 6, line 7, denied

ANSWER TO FIRST AMENDED COMPLAINT
Page 3
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

Page 6, lines 8-15, Admit

Page 6, last half of line 15 – line 17, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

Rest of page 6, denied

**Text Messages from SMS Short Code 365365**

Page 7, lines 1-3, defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

Page 7, lines 4-8, Denied

Page 7, lines 9- end of page, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

**Text Messages from (803) 618-8038**

Page 8, Lines 1-5, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

Page 8, lines 6-13, Admit

Page 8, lines, 14-16, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

Page 8, lines 19-20, Amit

ANSWER TO FIRST AMENDED COMPLAINT
Page 4
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA 98273
206-242-5529

Page 8, rest of the page and page 9, lines 1-14, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

**Solicitations from 1st Time Home Buyer Program Inc.**

Page 9 lines 15-17, Admit

Page 9, lines 18-20, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

Rest of page 9 & page 10, lines 1-4, Admit

Page 10, lines 5-7, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

Page 10, line 8, Admit

Page 10, lines 9-11, denied

Page 10, lines 12-18, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

**More about (360) 318-7867**

Rest of page 10 & page 11, lines 1-5 Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

Enter *ApexPageBuilder.com*

ANSWER TO FIRST AMENDED COMPLAINT
Page 5
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

Page 11, line 7-11:  Defendants lacks sufficient information on which to form a belief and therefore leaves Plaintiff to its proofs.

Page 11, line 13 Admit

Page 11, lines 14-16, denied

Page 11, lines 17-21, Defendants lack sufficient information on which to form a belief and therefore  Plaintiff to its proofs

Page11, lines 22-23 & lines 1-2 of page 12, Admit

Page 12, line 3, denied

Page 12, lines 4-5, Defendants lack sufficient information on which to form a belief and therefore  Plaintiff to its proofs

Page 12, lines 6-8, Admit

Page 12, lines 9-10 denied

Page 12, lines 11 though Page 13, line 5, Defendants lack sufficient information on which to form a belief and therefore  Plaintiff to its proofs

**Roundup Lawsuit unsolicited call #3**

Defendants lacks sufficient personal information to admit or deny the allegations contained in this Section and leaves Plaintiff to its proofs.

Except for Page 13, line 12, Admit.

ANSWER TO FIRST AMENDED COMPLAINT
Page  6
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

**These calls are annoying**

Defendants lacks sufficient personal information to admit or deny the allegations contained in this Section and leaves Plaintiff to its proofs.

**Joe Delfgauw's Personal Liability**

Page 14, lines 1-6, denied

Page 14, Lines 7-24, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

The rest of the complaint, Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

**Commercial Telephone Solicitors**

Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

**AS TO THE REMAINDER OF THE AMENDED COMPLAINT** Defendants lack sufficient information on which to form a belief and therefore Plaintiff to its proofs

**DEFENSES**

Defendants JOE DELFGAUW, XANADU MARKETING INC., and STARTER HOME INVESTMENTS, INC, asserts the following defenses

1. Ambiguity

ANSWER TO FIRST AMENDED COMPLAINT
Page 7
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

This answering Defendants assert that the plaintiff did not clearly state the issues in this case, making it difficult for Defendants to fully respond, and therefore asks this Court for leave to amend this answer to assert additional defenses once information is discovered that would allow defenses to be known.

2. Failure to State a Claim Upon Which Relief Can Be Granted

Plaintiff's complaint fails to state a claim upon which relief can be granted against these answering Defendants.

3. Standing

Mr. Barton has fraudulently manufactured this lawsuit with the intent of obtaining money through the misuse of the TCPA and currently has at least nine active federal cases, which Defendants believes shows bad faith on the part of Plaintiff. Mr. Barton is not the type of plaintiff the law was created to protect and therefore, lacks Article III standing to even bring the lawsuit. See *Stoops v. Wells Fargo Bank, N.A.*, 197 F. Supp.3d 782 (W.D. Pa. 2016).

4. Fraud

Defendants asserts that plaintiff or plaintiff's assignee used fraud, deceit or misrepresentation to invite the contact

5. Unclean Hands

These answering Defendants assert that plaintiff or plaintiff's assignee committed a wrongful act and/or fraud and/or misrepresentation and is attempting to benefit from those acts through this lawsuit.

6. Failure to Mitigation

ANSWER TO FIRST AMENDED COMPLAINT
Page 8
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

These answering Defendants assert that neither plaintiff nor plaintiff's assignee on plaintiff's behalf to mitigate his damages.

AND NOW having answered the allegations of the Complaint and having pled affirmatively, these answering Defendants deny that Plaintiff is entitled to any relief and demands that the Complaint be dismissed at Plaintiff's cost.

## COUNTERCLAIMS

The COUNTERCLAIMANTS re-assert their counterclaims as previously presented in their respective answers previously filed, without amendment.

## CONCLUSION AND REQUEST FOR RELIEF

Counterclaimant request that the Court enter a judgment that BARTON is liable for common-law fraud and fraud by non-disclosure and award Counterclaimant's actual damages, exemplary damages, interest, costs, attorneys' fees and all other relief that this Court finds fair and just.

Dated this 30th day of January, 2022

                                                                  s/Donna Gibson
Donna Gibson WSBA 33583
Attorney for Defendants
JOE DELFGAUW
XANADU MARKETING INC
STARTER HOME INVESTING INC
Law Office of Donna Beasley Gibson
1204 Cleveland Ave
Mount Vernon, WA  98273
206-242-5529/Fax: 425-332-7068
beasleylaw@msn.com
donna@donnagibsonlaw.com

ANSWER TO FIRST AMENDED COMPLAINT
Page  9
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

**ANSWER TO FIRST AMENDED COMPLAINT**
Page 10
3:21-cv-05610 JRC

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA 98273
206-242-5529