UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHEN BARTON,

           Plaintiff,

v.

JOE DELFGAUW, *et al.*,

           Defendants.

CASE NO. 3:21-cv-05610-JRC

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT

      This matter is before the Court on the parties' consent to proceed before a Magistrate Judge (Dkt. 38) and plaintiff's motion for default. Dkt. 99.

      On January 18, 2022, plaintiff moved for default after defendants did not file a timely answer to plaintiff's amended complaint. *See* Dkt. 99. On January 28, 2022, this Court ordered defendants to show cause or file a response and renoted plaintiff's motion for default to February 4, 2022. *See* Dkt. 102 at 1–2. On January 30, 2022, defendants filed an answer to plaintiff's amended complaint, which satisfied this Court's order. *See* Dkt. 105.

///

1     Because defendants have now responded to plaintiff's amended complaint, the Court

2 denies plaintiff's motion for default. Dkt. 99.

3     Dated this 4th day of February, 2022.

                                          J. Richard Creatura
                                          Chief United States Magistrate Judge