IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>  Plaintiff,<br><br>v.<br><br>JOE DELFGAUW, XANADU MARKETINGITNC., THE CREDIT PROS INTERNATIONAL CORPORATION, EXPERIAN INFORMATION SOLUTIONS INC., LGNB LLC, STARTER HOME INVESTING INC, TORT EXPERTS LLC, LAW OFFICE OF TOM WAGSTAFF, JR., LLC, LEARNER & ROWE, PC DV INJURY LAW PLLC, & JOHN DOE 1-10,<br><br>  Defendants. | CASE NO. 3:21-cv-05610-RJB<br><br>**DEFENDANTS' REPLY TO RESPONSE TO MOTION FOR INVOUNTARY DIMSSAL FOR FRAUD UPON THE COURT.** |
| JOE DELFGAUW and ZANADU MARKETING INC.,<br><br>  Counterclaimants,<br><br>v.<br><br>NATHEN BARTON,<br><br>  Counter Defendant. | NOTED FOR : Friday February 25, 2022 |

DEFEDANTS' REPLY TO RESPONSE TO MOTION FOR INVOLUTARY DISMISSAL FOR FRAUD UPON THE COURT
Page 1
3:21-cv-05610-RJB

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

COMES NOW defendants JOE DELFGAUW and XANADU MARKETING INC and Reply to the Response to Defendants' Motion for Involuntary Dismissal for Fraud Upon the Court.

BARTON, in his response, at page 2 lines 5 through are hearsay and should be "ignored.". This reference is to the content of BARTON's Facebook page. A copy of that is provided in the declaration that accompanies Defendant's counsel's declaration in support of this motion[1i]. BARTON wants to have his cake and eat it too. He wants to be able to make statements all over the internet but not have those statements be used in litigation.

With regard to attorney fees, BARTON states in his response that he could have "been more precise" and that he would only claim attorney fees if he retained an attorney. He attempts to write this off as poor wording on his behalf, however, in the Amended Complaint he clearly states, "Barton has consulted with an attorney in his matter and **is obligated to pay that attorney the just and proper rate** as agreed to in the attorney engagement agreement". He clearly states that he **is obligated to pay** and now that he has been caught lying to the court and attempting to extort money he is not entitled to, he deletes the evidence and files this response further committing fraud on the court. This is precisely the type of actions that this motion addresses.

With regard to the GPS coordinates, there is no information omitted by Defendants as BARTON claims. What was attached as Exhibit B to the motion is the full report and all allegations and arguments made are based on that document alone. Defendants conceded that

---

[1] Curiously, after filing this motion, that Facebook posting was removed

DEFEDANTS' REPLY TO RESPONSE TO MOTION FOR INVOLUTARY DISMISSAL FOR FRAUD UPON THE COURT
Page 2
3:21-cv-05610-RJB

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA 98273
206-242-5529

that the reports are slightly different, however, when the report BARTON provided as his Exhibit A is compared to the report Defendants provided, 6 of the 8 locations match.

BARTON is claiming that there are only 4 that match, which is yet another misrepresentation to the Court. One of the two that do not match is the 4th set of coordinates listed on BARTON's report, however, when compared to the 6th set of coordinates listed on our report, the latitude is only off by .00002 and the longitude by .00017. These two different sets of coordinates are basically the same and would show a location within the same general area. This means that only one of the eight sets of GPS coordinates show a significant difference.

As shown Defendants' motion, BARTON, for example created a table on page 20 of his motion to take judicial notice of IP Address inaccuracy and next to his entry for iplocation.net he placed the word, "Complicated" and footnote 13. Footnote 13 states, "Results varied from a residence 3 miles from Barton to the Vancouver mayor's office to a prison complex 489 miles from Barton". He does address the Vancouver mayor's office, but makes no mention of the California prison, which also does not appear on his Exhibit A, which he now claims is the iplocation.net report he references in his motion and thus proving that he lied about the "prison complex 489 miles from Barton". This brings the total of lies thus far to 3. As for the Vancouver Mayor's office, Defendants concede that one, yet it does show how BARTON continues to manipulate the facts. The Ip searches are inaccurate unless it benefits him. He cannot have it both ways.

DEFEDANTS' REPLY TO RESPONSE TO MOTION FOR INVOLUTARY DISMISSAL FOR FRAUD UPON THE COURT
Page  3
3:21-cv-05610-RJB

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

1  BARTON attempts to justify his motion to take judicial notice of Delfgauw's conviction as being done for the purpose of, "attacking a witness's character for truthfulness". However, nowhere in his amended complaint does he allege that Mr. Delfgauw lied or was dishonest.  Surely BARTON will at some point attempt to allege Mr. Delfgauw has comingled business assets, but that is not an allegation of dishonesty but rather an allegation of bad business practice.   BARTON is so caught up in blame shifting and red herrings that he completely glosses over the fact that BARTON himself highlighted the upper limits of the irrelevant information while burying the actual sentence imposed and restitution paid by Mr. Delfgauw in BARTON's ongoing attempt to deceive and manipulate the court.

Mr BARTON must be stopped by this court and shown that such actions cannot be cured by simply "apologizing to the court" and claiming "oopsie".  His actions are damaging to the Defendants and to the legal system.

Respectfully submitted this 24th day of February, 2022..

        s/Donna Gibson  
Donna Gibson WSBA 33583  
Attorney for Defendants  
JOE DELFGAUW, XANADU MARKETING INC.,  
Law Office of Donna Beasley Gibson  
1204 Cleveland Ave  
Mount Vernon, WA  98273  
206-242-5529/Fax: 425-332-7068  
beasleylaw@msn.com  
donna@donnagibsonlaw.com

DEFEDANTS' REPLY TO RESPONSE TO MOTION FOR INVOLUTARY DISMISSAL FOR FRAUD UPON THE COURT  
Page  4  
3:21-cv-05610-RJB

Law Office of Donna Beasley Gibson PLC  
1204 Cleveland Avenue  
Mount Vernon, WA  98273  
206-242-5529