Honorable J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON, | Case No.: **3:21-cv-05610-JRC** |
| Plaintiff | NOTICE OF UNAVAILABILITY |
| v. | |
| JOE DELFGAUW,  XANADU MARKETING INC., EXPERIAN INFORMATION SOLUTIONS INC., STARTER HOME INVESTING INC, JOHN DOE 1-10 | |
| Defendants. | |

TO the Clerk of the Court; and

TO Defendants

Notice is hereby given that Nathen Barton will be unavailable from May 23, through June 5. It is requested that no action be taken or noted during this period.

If motions, discovery or other request is noted in such a manner that the period for preparation or response included any of the unavailable dates, then you are requested to enlarge that period accordingly.

\_\_\_/s Nathen Barton\_\_\_          \_\_\_\_5/19/2022_____
   Nathen Barton                           Dated

NOTICE OF UNAVAILABILITY         - 1 / 2           NATHEN BARTON
CASE 3:21-CV-05610-JRC                              4618 NW 11TH CIR
                                                    CAMAS WA 98607

Nathen Barton
(718) 710 5784
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com