Honorable J Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| NATHEN BARTON, | CASE NO. **3:21-cv-05610-JRC** |
|---|---|
| Plaintiff | |
| v. | PROPOSED JOINT DISPOSITIVE BRIEFING SCHEDULE |
| JOE DELFGAUW, XANADU MARKETING INC., EXPERIAN INFORMATION SOLUTIONS INC., STARTER HOME INVESTING INC, & JOHN DOE 1-10 | |
| Defendant(s). | |

PLEASE TAKE NOTICE that Plaintiff Nathen Barton and the Defendants submit a joint dispositive briefing schedule as ordered.  This is the parties' proposed briefing deadline:

The parties propose the following schedule:

11/18/2022     Briefs due

12/16/2022     Responses due

12/30/2022     Replies due

1  The parties propose filing separate Motions for Summary Judgement for Plaintiff's case
2  and for Defendants' counterclaims.  Plaintiff's claims are very different from Defendants'
3  counterclaims.

4  The parties propose oral argument before the Court, to be held on or after 1/15/2023.

5

6  _____s/ Nathen Barton_____         Dated:  ____11/2/2022_____
   Nathen Barton
7  (718) 710 5784
   4618 NW 11th Cir
8  Camas WA 98607

9  Agreed by:
   s/  Donna Gibson_____   Dated: 11/2/2022
10 Donna Gibson  WSB 33583
   Law Office of Donna Beasley Gibson
11 1415 Commerical Ave  #209
   Anacrotes, Wa  98221
12 (206) 242-5529
   Fax: (425) 332-7068
13 donna@donnagibsonlaw.com

14

15

16  CERTIFICATE OF SERVICE

17  I hereby certify that on November 2, 2022, I caused the foregoing document to be
18  electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system,
19  which will send notification of such filing to all counsel of record and all pro se parties registered
20  to use the CM/ECF system.

21

22      _____s/ Nathen Barton_____              _____11/2/2022_____
             Nathen Barton                              (Dated)
23

24  _____

JOINT BRIEFING SCHEDULE - 2 / 2                        NATHEN BARTON
CASE NO 3:21-CV-05610-JRC                              4618 NW 11TH CIR
                                                       CAMAS WA 98607