UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON, | CASE NO. 3:21-cv-05610-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOE DELFGAUW et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Plaintiff's Motion for Leave to File an Overlength Reply (Dkt. No. 450) is DENIED.

Dated this 6th day of January 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1