UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN W. BARTON,<br><br>               Plaintiff,<br>    v.<br><br>JOE DELFGAUW et al.,<br><br>               Defendant. | CASE NO. 3:21-cv-05610-DGE<br><br>MINUTE ORDER DENYING RECONSIDERATION (DKT. NO. 463.) |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Plaintiff's motion for reconsideration (Dkt. No. 463) is DENIED.  For the reasons stated in the Court's prior Order (Dkt. No. 462), the Court believes that limited additional discovery is necessary.  Plaintiff may serve deposition notices to Defendant entities Xanadu Marketing and Starter Home Investing <u>limited to the topics noted in the Court's order</u>, but the Court will not approve a second deposition of non-party Ivette Marquez.  To the extent Plaintiff argues that calls or texts were generated by other entities, that may ultimately be relevant to the scope of

MINUTE ORDER DENYING RECONSIDERATION (DKT. NO. 463.) - 1

consent but does not eliminate the need for the additional discovery discussed in the Order. The Court reiterates that the Parties should promptly take the steps identified in the Order without further delay.

Dated this 17th day of March, 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.