Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NATHEN BARTON,

Plaintiff

v.

JOE DELFGAUW,  XANADU
MARKETING INC.,  EXPERIAN
INFORMATION SOLUTIONS INC.,
STARTER HOME INVESTING INC,
JOHN DOE 1-10

Defendants.

Case No.: **3:21-cv-05610-RJB**

DEFENDANT'S ANSWER TO
PLAINTIFF'S SEVENTH SET OF
INTERROGATORIES TO
DEFENDANT JOE DELFGAUW

## DEFNDANT'S ANSWER TO PLAINTIFF'S SIXTH SET OF INTERROGATORIES

Defendant respectfully submits the following Answer to Plaintiff's Interrogatories to Defendant Joe Delfgauw ("Delfgauw") in accordance with FRCP 33.

In Dkt. 444 ¶7 you said: "I found validation that the text message was sent and clicked on, and prior to that the person with the same IP address that responded to the text message opted-in to receive these messages."

BARTON V. DELFGAUW -DEFENDANT'S ANSWER TO
PLAINTIFF'S 7TH REQUEST FOR INTERROGATORIES
CASE NO. 3:21-cv-05610-DGE        Page ato1 of 9

DAWN R. VANDUSEN
2715 AIRPORT RD
ADRIAN, MI  49221

**INTERROGATORY NO. 26:**

For each **text message** that was sent to the 1019 phone number by a defendant in this lawsuit or on behalf of a defendant in this lawsuit between 3/25/2021 and 12/31/2021, give the full content of the text message and then explain what methodology was used to ascertain it was not clicked on, or ascertain it was clicked on and the corresponding IP address.  Number your response for each text message sent starting at number one and counting up by one (1, 2, 3, 4, . . . .) because later interrogatories will refer to this list of text messages.

**ANSWER:**


As showed in Docket 444 Exhibit C:

| first | last | phone | email | ip | datetime |
|---|---|---|---|---|---|
| Ivette | Jimenez | 3609101019 | ivettealfredomartinez@gmail.com | 71.238.123.34 | 4/1/2021 14:04 |
| Ivette | Jimenez | 3609101019 | ivettealfredomartinez@gmail.com | 71.238.123.34 | 4/9/2021 18:29 |
| Ivette | Jimenez | 3609101019 | ivettealfredomartinez@gmail.com | 8.8.8.8 | 4/13/2021 17:58 |
| Ivette | Jimenez | 3609101019 | ivettealfredomartinez@gmail.com | | 4/13/2021 17:58 |
| Ivette | Jimenez | 3609101019 | ivettealfredomartinez@gmail.com | 8.8.8.8 | 4/30/2021 15:50 |
| Ivette | Jimenez | 3609101019 | ivettealfredomartinez@gmail.com | | 4/30/2021 15:50 |

DKT 444 Exhibit C was obtained from the server company, software company and SMS provider, which is not owned or operated by Mr. Delfgauw or his entities. I found validation that the text message was sent and clicked on, and prior to that the person with the same IP address that responded to the text message opted-in to receive these messages.

1.  I believe on April 1, 2021 at 14:04 EST, Nathan Barton filled out the form in DKT 444-4 (Rent to Own), which prompted Mr. Barton to receive a text message from Rent to Own at 14:04 EST. I believe Mr. Barton used the name Ivette Jimenez  when he filled out the forms to opt in to receive text messages and phone calls.   DKT 444 Exhibit C shows that a person from the same IP address 71.238.123.234 filled out  a form from Defendants webpage on the date and time

DAWN R. VANDUSEN
2715 AIRPORT RD
ADRIAN, MI  49221

1  listed.  Additionally, Mr. Barton admits he received a text message on April 1, 2021 at the same

2  time and he continued to click on the text message link that finally opened up the webpage that

3  used the domain name Xanadutracking.com.  (DKT 83 at 4:11-24 – 5:1-8).

4  Mr. Barton admits that when he received a text message, he would click on it to investigate who

5  it was coming from.  Because Mr. Barton continued to fill out forms, then click on the text

6  message instead of opting out he continued to receive text messages and phone calls.

7  2.  On April 9, 2021 at 18:29 EST DKT 444 Exhibit C shows that Mr. Barton filled out a form

8  from the IP address 71.238.123.34, using his number 360-910-1019, and Ivette Jimenez name.

9  Mr. Barton admits to receiving a text message on this date and did not opt out after receiving it.

10  (DKT 83 at 8:15-

11  18).

12  3.  On April 13, 2021 at 17:58 EST, DKT 444 Exhibit C shows that Mr. Barton filled out a form

13  from Defendant owned webpage.   The form was filled out from IP address 71.238.123.234

14  (8.8.8.8 indicates a duplicate of 71.238.123.234).  DKT 444 Exhibit C provides that IP address

15  opted in twice, it is believed that Mr. Barton double clicked due to a slow web connection.

16  Plaintiff stated he received a phone call on this date from Rent to Own (DKT 83 at 9:15-18).

17  Defendant has evidence of the phone call from April 13, 2021, that provides Mr. Barton's voice

18  allowing the call to last 7 minutes and states his name is Mr. Ivette. Again, Mr. Barton does not

19  use his real name or request the agent to stop calling him.

20  4.  On April 30, 2021 at 15:50 EST DKT 444 Exhibit C shows that Mr. Barton clicked and filled

21  out a form from Defendants webpage.  The form was filled out from IP address 71.238.123.234

22  (8.8.8.8 indicates a duplicate of 71.238.123.234).    Even though DKT 444 Exhibit C provides

23  that the IP address opted in twice, it is believed that Mr. Barton double clicked due to a slow web

24

BARTON V. DELFGAUW -DEFENDANT'S ANSWER TO
PLAINTIFF'S 7TH REQUEST FOR INTERROGATORIES                    DAWN R. VANDUSEN
CASE NO. 3:21-cv-05610-DGE          Page ato3 of 9                2715 AIRPORT RD
                                                                 ADRIAN, MI  49221

1  connection. Mr. Barton does not admit that he received a text on this date but does admit to

2  receiving a phone call on this date from Rent to Own (DKT 83 at 9:15-18).  Defendant has

3  evidence of the phone call on April 30, 2021, that provides Mr, Barton's voice furthering the call

4  for 3 minutes and states his name is James Martinez.

5  **INTERROGATORY NO. 27:**

6  For each text message in <u>INTERROGATORY NO. 26</u> you claim was clicked on, identify the

7  entity on whose behalf the text message was initiated.  Use the numerical designators from

8  <u>INTERROGATORY NO. 26</u>, meaning that if there were 10 text messages sent, and if you claim

9  text messages #2, #6, and #9 in your answer to <u>INTERROGATORY NO. 26</u> were clicked on,

10  your response should be of the form:

11  #2 – ABC Inc, 123 main street, Seattle WA 98001

12  #6 - DEF Inc, 456 main street, Seattle WA 98002

13  #9 – HIG Inc, 789 main street, Seattle WA 98003

14  **ANSWER:**

15  Unknown as DKT 444 Exhibit C does not provide this information.  Defendant speculates the

16  following:

17  1.  Rent to Own- Plaintiff admits to receiving this text and continuing to investigate that

18  Defendant owned the text message.

19  2.  Unknown as Plaintiff does not state who the text message was from.

20  3.   Rent to Own- Voice recording of Plaintiff talking to a Rent to Own agent.

21  4.  Rent to Own- Voice recording of Plaintiff talking to Rent to Own agent

22

23

24

The Court ordered in Dkt. 486, 13:5-8: to immediately produce any report or record showing a relationship between text-message opt-ins and phone calls to Plaintiff's number as it relates to the Ivette Jimenez/Martinez calls currently in dispute.

**INTERROGATORY NO. 28:**

What is the relationship between each text message click and any subsequent phone calls to the 1019 number?

For each explanation, identify the clicked text message from the numbered list in INTERROGATORY NO. 27 and include the date and pacific standard time each phone call caused by the click was initiated to the 1019 phone number. Using the example answer in INTERROGATORY NO. 27, it should be of the form:

#2 –

This click initiated a call on 10/12/2021 at 2:45pm
This click initiated a call on 10/15/2021 at 4:12pm
This click initiated a call on 11/2/2021 at 11:30am

#6 –

This click initiated a call on 11/21/2021 at 10:37am

#9 –

This click initiated a call on 12/21/2021 at 9:31am

**ANSWER:**

I believe Mr. Barton filled out forms from Defendants' webpage, which was the click that initiated the text messages and phone calls.    When Mr. Barton received text messages he admits "in every case, the links in the text messages redirected to intermediate links before finally opening a last webpage. . . . " DKT 83 at 5:6-8.   Mr. Barton never typed "stop" or opted out. He encouraged the continued text messages to initiate a lawsuit.

BARTON V. DELFGAUW -DEFENDANT'S ANSWER TO
PLAINTIFF'S 7TH REQUEST FOR INTERROGATORIES
CASE NO. 3:21-cv-05610-DGE          Page ato5 of 9

DAWN R. VANDUSEN
2715 AIRPORT RD
ADRIAN, MI  49221

When Mr. Barton receives phone calls from opting in, he states his name is Ivette Jimenez or

James Martinez.   Mr. Barton admits that he encourages every call he receives for investigative

purposes.  Again, this is another example of Mr. Barton not opting out and allowing these phone

calls to "annoy him".


**INTERROGATORY NO. 29:**

For each click and related subsequent phone call you identify in **INTERROGATORY NO. 28**,

on whose behalf was each subsequent phone call initiated?  Give each entity's full legal name

and their address such that they could be served with a subpoena.


In your answer, build on your answer to INTERROGATORY NO. 28. For example:

#2 –

      The call on 10/12/2021 at 2:45pm was initiated on behalf of Entity 1 Inc, 135 Main Street Seattle WA 98600

      The call on 10/15/2021 at 4:12pm was initiated on behalf of Entity 1 Inc, 135 Main Street Seattle WA 98600

      The call on 11/2/2021 at 11:30am was initiated on behalf of Entity 2 Inc, 246 Main Street Seattle WA 98600

#6 –

      The call on 11/21/2021 at 10:37am was initiated on behalf of Entity 2 Inc, 246 Main Street Seattle WA 98600

#9 –

      The call on 12/21/2021 at 9:31am was initiated on behalf of Entity 3 Inc, 579 Main Street Seattle WA 98600

**ANSWER:**

BARTON V. DELFGAUW -DEFENDANT'S ANSWER TO
PLAINTIFF'S 7TH REQUEST FOR INTERROGATORIES
CASE NO. 3:21-cv-05610-DGE     Page ato6 of 9

DAWN R. VANDUSEN
2715 AIRPORT RD
ADRIAN, MI  49221

The recorded calls are attached.  I believe you have received this information numerous times.

You can listen to each one so you can refresh your memory of who you were talking to.  Just

copy and paste the addresses below into the web browser.

1. 4/2/2021    https://cloud.dial-fusion.com/s/gMYYWgomRg5HWJr
2. 4/13/2021  https://cloud.dial-fusion.com/s/YqE2BbxQjweZRws
3. 4/20/2021  https://cloud.dial-fusion.com/s/LT2GM4CtWbbJ9d3
4. 4/26/2021  https://cloud.dial-fusion.com/s/rYa4aywXWm9sfc7
5. 4/29/2021  https://cloud.dial-fusion.com/s/QmTPXMXQqzK4iXj
6. 4/30/2021   https://cloud.dial-fusion.com/s/Sye87cSbqkbBazZ

7. 11/17/2021
https://archive.dial-fusion.com/archive/2021-11-17/20211117-123417_103_INGROUP_3609101019_10209-all.mp3

8. 12/8/2021
https://archive.dial-fusion.com/archive/2021-12-08/20211208-145551_101_INGROUP_3609101019_10583-all.mp3

9. 12/8/2021
https://archive.dial-fusion.com/archive/2021-12-08/20211208-150516_101__3609101019_10583-all.mp3
10. 12/8/2021
https://archive.dial-fusion.com/archive/2021-12-08/20211208-150520_101_INGROUP_3609101019_10577-all.mp3

11. 12/8/2021
https://archive.dial-fusion.com/archive/2021-12-08/20211208-151024_101_INGROUP_3609101019_10239-all.mp3

12. 12/8/2021
https://archive.dial-fusion.com/archive/2021-12-08/20211208-151352_105_105Coaching_3609101019_6005-all.mp3

13. 12/10/2021
https://archive.dial-fusion.com/archive/2021-12-10/20211210-111826_101_INGROUP_3609101019_10583-all.mp3

14. 12/10/2021
https://archive.dial-fusion.com/archive/2021-12-10/20211210-112213_105_105Trans_3609101019_11683-all.mp3

15. 12/10/2021
https://archive.dial-fusion.com/archive/2021-12-10/20211210-112952_101__3609101019_10583-all.mp3

16. 12/10//22021
https://archive.dial-fusion.com/archive/2021-12-10/20211210-113116_105_105Trans_3609101019_4055-all.mp3

17. 01/06/2022
https://archive.dial-fusion.com/archive/2022-01-06/20220106-154731_101_INGROUP_3609101019_12106-all.mp3

BARTON V. DELFGAUW -DEFENDANT'S ANSWER TO
PLAINTIFF'S 7TH REQUEST FOR INTERROGATORIES
CASE NO. 3:21-cv-05610-DGE          Page ato7 of 9

DAWN R. VANDUSEN
2715 AIRPORT RD
ADRIAN, MI  49221

1

2

3

4

5

6 **INTERROGATORY NO. 30:**

7 For each text message you list in your answer to <u>INTERROGATORY NO. 27</u>, what facts show

8 that the person who responded to the text message is the person who opted-in to receive that text

9 message on behalf of the entity you identified in <u>INTERROGATORY NO. 27</u>.

10 **ANSWER:**

11 It's the same IP address, phone number and name, Yvette Jimenez. The only way to click and opt

12 in is to fill out the form as shown in DKT 444-4.  Mr. Barton claims that he did not fill out the

13 form, but shows no evidence of requesting to opt-out when a text message or phone call came in.

14 The deposition of Ms. Jimenez has been taken, and she testified that she does not have any

15 information to support that she was the person that opted in under her information.  In fact, Ms.

16 Jimenez feels harassed by Mr. Barton as this is the second lawsuit that she had to deal with Mr.

17 Barton's false accusations.    Defendants' have a protocol that if Mr. Barton would have texted

18 stop or verbally told the agent to stop the calls, they would put his name on their "DNT" (do not

19 call list). This would have immediately stopped any communication to Mr. Barton.

20

21 I declare that I answered the above question to the best of my knowledge, information and belief.

22 *Joseph Delfgauw*

   Joseph Delfgauw

23

24 BARTON V. DELFGAUW -DEFENDANT'S ANSWER TO
   PLAINTIFF'S 7TH REQUEST FOR INTERROGATORIES          DAWN R. VANDUSEN
   CASE NO. 3:21-cv-05610-DGE        Page ato8 of 9          2715 AIRPORT RD
                                                              ADRIAN, MI  49221

1

2                              **CERTIFICATE OF SERVICE**

3    I DECLARE that on June 10, 2025, I placed for delivery via Email, a true copy of the foregoing

4    Answer to Plaintiff's Seventh Set of interrogatories to: nPLAINTIFF'S SEVENTH SET OF

5    INTERROGATORIES" to: farmersbranch2014@gmail.com.  I declare under penalty of perjury

6    under the laws of the State of Washington that the foregoing statements are true and correct.

7

8

9

10                                   _Dawn R. Van Dusen_____
                                      Dawn R. Van Dusen
11                                    2715 Airport Road
                                      Adrian, MI  49221
12

13

14

15

16

17

18

19

20

21

22

23

24   BARTON V. DELFGAUW -DEFENDANT'S ANSWER TO
     PLAINTIFF'S 7TH REQUEST FOR INTERROGATORIES                    DAWN R. VANDUSEN
     CASE NO. 3:21-cv-05610-DGE        Page ato9 of 9              2715 AIRPORT RD
                                                                   ADRIAN, MI  49221