Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON, | CASE NO. **3:21-cv-05610-DGE** |
| Plaintiff | REPLY TO DKT 499 |
| v. | Noted for: July 21, 2025 |
| JOE DELFGAUW, XANADU MARKETING INC., STARTER HOME INVESTING INC, & JOHN DOE 1-10 | |
| Defendant(s). | |

Ms. Van Dusen lied to the court under oath. In Dkt. 500 ¶3 she declared:

> Attached hereto as Exhibit B is a true and correct copy of Defendan's Answer to Plaintiff's Seventh Set of Interrogatories to Defendant Joe Delfgauw.

Like her client, she is not great at fabricating facts and documents. Look at her Exhibit B (Dkt. 500-2) pages 9-10. She fabricated Exhibit B today, July 20, 2025, forgetting that Microsoft Word has a date widget that changes pdf files generated to TODAY'S date, July 20, 2025. Exhibit B was created just TODAY. If she already had the genuine PDF file as she sent it in June, why would she need to GENERATE the pdf file today? Why would she open the Word document TODAY, generate the pdf file that was supposedly sent in June, and give that to the

1  Court instead of the correct file already generated last month?  She did that because she needed a

2  fabricated document and she forgot about that pesky date code widget.  Oops!

3      I have a video showing me opening Ms. Van Dusen's emailed document, and the

4  responses to Interrogatory #26 as she sent it.  Where is hers?  I ask the Court for an *in camara*

5  inspection of our respective email tools.

> 14
>
> 15  I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States
> 16  of America that the foregoing is true and correct. Executed on June 27, 2025.
>
> 17  *Joseph Delfgauw*
>      Joseph Delfgauw
>
> 18
>
> 2    **CERTIFICATE OF SERVICE**
>
> 3    I DECLARE that on July 20, 2025, I placed for delivery via Email, a true copy of the foregoing
> 4    Answer to Plaintiff's Seventh Set of interrogatories to: Nathan Baton at
> 5    farmersbranch2014@gmail.com.  I declare under penalty of perjury under the laws of the State
> 6    of Washington that the foregoing statements are true and correct.
> 7
> 8                    DAWN VANDUSEN
>                      Dawn R. Van Dusen
> 9                    2715 Airport Road
>                      Adrian, MI  49221
> 10

**Conclusion**

    Like her client, Ms. Van Dusen was tripped up by a small oversight, a trifling detail, a

logical inconsistency.  I ask that the Court order an *in camara* inspection of the emails and

documents and expose the liar publicly, along with the appropriate sanctions.

July 20, 2025

_____
(Nathen Barton)

Nathen Barton
(360) 241 7255
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

## I.   CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF System, which will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF System, which includes the Defendant. The said Notice of Electronic Filing specifically identifies recipients of electronic notice.

/s/ Nathen Barton
Nathen Barton