Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON, | CASE NO. **3:21-cv-05610-DGE** |
| Plaintiff | JOINT STATUS REPORT |
| v. | DUE AUGUST 29, 2025 |
| JOE DELFGAUW, XANADU MARKETING INC., & STARTER HOME INVESTING INC, | |
| Defendant(s). | |

In Dkt. 514 the Court ordered the parties to submit a joint status report, and this submission complies with the order.

Trial days needed: All parties request 3 trial days.

Availability to conduct trial: All parties request a trial in the second quarter of 2026.

August 28, 2025



(Nathen Barton)

Nathen Barton
(360) 241 7255
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

August 28, 2025

  /s/ Dawn R. Van Dusen
Dawn R. Van Dusen MSBA 69647
2715 Airport Road
Adrian, MI  49221
517-270-2193
dawnvandusen@gmail.com