Honorable David G. Estudillo

# UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON, | Case No. 3:21-cv-05610-DGE |
| Plaintiff, | DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION TO RESOLVE FORGED SIGNATURE ALLEGATIONS |
| vs. | |
| JOE DELFGAUW, XANADU MARKETING INC., STARTER HOME INVESTING INC., & JOHN DOE 1-10 | |
| Defendants. | |

Defendants Joseph Delfgauw, Xanadu Marketing, Inc., and Starter Home Investing., (hereafter referred collectively as "Defendants" hereby files its Opposition to Nathen Barton's (hereafter referred to as "Plaintiff") Motion to Resolve Forged Signature Allegations filed by Plaintiff.

## I. REOPEN DISCOVERY

Barton uses his Motion to Resolve Forged Signature Allegations to reopen discovery and to rehash all of the same allegations and arguments that both parties have been raising since the inception of this case in August 2021. However, none of this assists the Court in answering the only question before it-whether Barton is entitled to reopen discovery after this Court has granted Plaintiff's Motion for Summary Judgment. The answer is simply no.

Following the end of discovery in this federal case, the Plaintiff ran to state court and filed a new case against the Defendants. The factual allegations along with the parties are similar in both the state and federal cases. Plaintiff has used the state court action to continue his discovery in serving Defendants massively overbroad discovery demands that he used in filing his Motion for Summary in federal court.

On September 9, 2025, Plaintiff took an eight-hour deposition of Defendant Joseph Delfgauw for the state case. Plaintiff presented exhibits from the federal court discovery case to Defendant, and requested Defendant to confirm the documents were true and accurate. Defendant was reluctant to testify to any prior documents, due to concern that Ms. Gibson had prepared the documents. Defendant understands that he cannot change any of his federal responses. Just like the joint stipulation, they are all deemed true.

Plaintiff brought this same issue to the state judge who did not entertain his motion for contempt. The state court warned Defendants that any (state court) discovery answered by Defendant will be deemed true for trial. Defendant's counsel stated that Joseph Delfgauw will go through the state's discovery to review the answers and amend the answers if needed.

Plaintiff has now filed a motion in this court through the 'back door' which he failed to accomplish in the state court. Plaintiff clearly presumes this court to be the friendlier forum. This is apparently because the state court stated in another one of Barton's scam cases, that Barton "didn't have full candor" with the court.[1]

Plaintiff wants this Court to help him litigate the state case but fails to recognize that this is not the proper purpose of discovery after a motion for summary has been determined. The underlying motion for summary order is sufficiently robust such that this Court does not need any additional discovery to assist it. Accordingly, Plaintiff's Motion to Resolve Forged Signature Allegations should be denied in its entirety.

## II.     SANCTIONS

Plaintiff requests sanctions in the amount of $3500.00 for "fees and cost of taking Florida deposition." (DKT 523-14:21-22). Plaintiff is requesting fees and costs that he incurred from a state case. Just another means of harassment, aiming to inconvenience Defendant or exploit the legal system.

## III.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court deny Plaintiff's Motion to Resolve Forged Signature Allegations and for Sanctions.

---

[1] *Barton v. 4M Collections*, LLC, No. 60112-5-II (Wash. Ct. App. 2025)

Defendants Response to Plaintiff's Motion to Resolve Forged Signature Allegation..
3:21-cv-05610-DGE -

3

LAW OFFICE OF DAWN R. VAN DUSEN
2715 AIRPORT ROAD
ADRIAN, MI  49221

Dated: September 24, 2025         /s/Dawn R. Van Dusen
                                  Dawn R. Van Dusen, MSBA #P69647
                                  Attorney for Defendants
                                  JOE DELFGAUW, STARTER HOME
                                  INVESTING, INC. and XANADU MARKETING INC
                                  2715 Airport Road
                                  Adrian, MI 49221
                                  dawnv@apello.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and sent a copy to Nathen Barton, Plaintiff as follows:

Nathen Barton by email at farmersbranch2014@gmail.com

Executed on September 24, 2025, at Adrian, Michigan.

          Dawn R. Van Dusen
          Dawn R. Van Dusen, MSBA #P69647