Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br>Plaintiff<br><br>v.<br><br>JOE DELFGAUW, XANADU MARKETING INC., & STARTER HOME INVESTING INC,<br>Defendant(s). | CASE NO. **3:21-cv-05610-DGE**<br><br>MOTION FOR RULE 11 RELIEF<br><br>ORAL ARGUMENT REQUESTED<br><br>21 DAY NOTICE ENDS ON OCTOBER 8, 2025 |

Federal Rule of Civil Procedure 11 says that by presenting a pleading, motion, or other paper to the Court, an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, it is not being presented for any improper purpose.

Mr. Delfgauw recently testified that he neither wrote nor signed Dkt. 444, although it bears his name and what purports to be his signature. Mr. Delfgauw went on to testify that many other discovery documents and declarations submitted to the court or to Mr. Barton as part of this litigation may have been created by Ms. Gibson and then Mr. Delfgauw's signature forged without his knowledge or consent. Perhaps by use of a signature stamp or stamps. See Dkt 523. Testifying specifically about Dkt. 444, Mr. Delfgauw said *I'm attesting that I have never signed*

*anything like that in my life*. Dkt. 524-1. He disavowed the use of wider in pens, while wide ink pens are featured in the majority of the discovery documents purporting to be signed by Mr. Delfgauw and submitted to Mr. Barton during the discovery process of this lawsuit.

This motion demands that Mr. Delfgauw identify and withdraw any and all declarations submitted to the Court or discovery documents sent to Mr. Barton during the litigation of this lawsuit that Mr. Delfgauw did not sign and he did not authorize someone to sign on his behalf.

October 12, 2025



(Nathen Barton)

Nathen Barton
(360) 241 7255
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

## I.   CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I electronically emailed the foregoing to dawnv@apello.net and donna@donnagibsonlaw.com.

.

/s/ Nathen Barton
Nathen Barton