Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHEN BARTON,
Plaintiff

v.

JOE DELFGAUW,  XANADU

MARKETING INC., & STARTER

HOME INVESTING INC.

Defendants.

CASE NO. **3:21-cv-05610-DGE**

PLAINTIFFS PROPOSED JURY
VERDICT SHEET

**VERDICT SHEET**

We, the jury, do hereby render our verdict as follows:

**Count 1 - Do-Not-Call List - TCPA 47 U.S.C. 227(c)**

1.    How many solicitation calls / text messages is Starter Home Investing Inc.

responsible for initiating to (360) 910-1019?

_____

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

2.    For each solicitation call / text message in #1, how much per call / text are you awarding Mr. Barton ($0 - $500 each)

_____

3.    Total damages award (#1 x #2) is:

_____

4.    How many solicitation calls / text messages is Xanadu Marketing Inc. responsible for initiating to (360) 910-1019?

_____

5.    For each solicitation call / text message in #4, how much per call / text are you awarding Mr. Barton ($0 - $500 each)

_____

6.    Total damages award (#4 x #5) is:

_____

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**Count 2 Caller Identification Claims - 47 C.F.R § 64.1200(d)(4)**

6.    Is Starter Home Investing Inc. responsible for initiating two or more solicitation calls / text messages to (360) 910-1019 in a 12-month period without providing the name of the individual caller, or the name of the person or entity on whose behalf the call is being made, or a telephone number or address at which the person or entity may be contacted.

_____ YES    _____ NO

7.    If the answer to #6 is YES, how many solicitation calls / text messages is Starter Home Investing Inc. responsible for initiating to (360) 910-1019 without providing the name of the individual caller, or the name of the person or entity on whose behalf the call is being made, or a telephone number or address at which the person or entity may be contacted?

_____

8.    For each solicitation call / text message in #7, how much per call / text are you awarding Mr. Barton ($0 - $500 each)

_____

9.    Total damages award (#7 x #8) is:

_____

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

8.      Is Xanadu Marketing Inc. responsible for initiating two or more solicitation calls / text messages to (360) 910-1019 in a 12-month period without providing the name of the individual caller, or the name of the person or entity on whose behalf the call is being made, or a telephone number or address at which the person or entity may be contacted.

_____ YES    _____ NO

9.      If the answer to #8 is YES, how many solicitation calls / text messages is Xanadu Marketing Inc. responsible for initiating to (360) 910-1019 that did not provide the name of the individual caller, or the name of the person or entity on whose behalf the call is being made, or a telephone number or address at which the person or entity may be contacted?

_____

10.     For each solicitation call / text message in #9, how much per call / text are you awarding Mr. Barton ($0 - $500 each)

_____

11.     Total damages award (#9 x #10) is:

_____

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**Count 3 Caller Identification Claims - RCW § 80.36.390(2)**

12.   Is Starter Home Investing Inc. responsible for initiating telephone solicitation voice calls to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____ YES    _____ NO

13.   If the answer to #10 is YES, for how many solicitation voice calls is Starter Home Investing Inc. responsible for initiate to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____

14.   For each solicitation voice call in #13, how much per call are you awarding Mr. Barton ($100 minimum each)

_____

15.   Total damages award (#13 x #14) is:

_____

JURY INSTRUCTIONS  - 5 / 10
CASE NO 3:21-CV-05610-DGE

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

16.  Is Xanadu Marketing Inc. responsible for initiating telephone solicitation calls to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____ YES     _____ NO

17.  If the answer to #16 is YES, for how many solicitation calls is Xanadu Marketing Inc. responsible for initiating to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____

18.  For each solicitation voice call in #17, how much per call are you awarding Mr. Barton ($100 minimum each)

_____

19.  Total damages award (#17 x #18) is:

_____

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**Count 4 Caller Identification Claims - RCW § 19.158.110(1)**

20.  Is Starter Home Investing Inc. responsible for initiating telephone solicitation voice calls to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____ YES    _____ NO

21.  If the answer to #10 is YES, for how many solicitation voice calls is Starter Home Investing Inc. responsible for initiate to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____

22.  For each solicitation voice call in #21, how much per call are you awarding the State of Washington ($500 minimum, $2,000 maximum)

_____

23.  Total damages award (#21 x #22) is:

_____

JURY INSTRUCTIONS  - 7 / 10
CASE NO 3:21-CV-05610-DGE

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

24.   Is Xanadu Marketing Inc. responsible for initiating telephone solicitation calls to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____ YES    _____ NO

25.   If the answer to #24 is YES, for how many solicitation calls is Xanadu Marketing Inc. responsible for initiating to (360) 910-1019 without identifying "him or herself and the company or organization on whose behalf the solicitation is being made and the purpose of the call within the first thirty seconds of the telephone call"?

_____

26.   For each solicitation voice call in #25, how much per call are you awarding the State of Washington ($500 minimum, $2,000 maximum)

_____

27.   Total damages award (#25 x #26) is:

_____

JURY INSTRUCTIONS  - 8 / 10
CASE NO 3:21-CV-05610-DGE

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

**Count V - Commercial Electronic Mail Act - RCW § 19.190**

28.    How many text messages did Starter Home Investing Inc. initiate to (360) 910-1019, or were initiated on Starter Home's behalf.

_____

29.    Multiply #28 by 500 and calculate the result:

_____

30.    How many text messages did Xanadu Marketing Inc. initiate to (360) 910-1019, or were initiated on Xanadu's behalf.

_____

31.    Multiply #30 by 500 and calculate the result:

_____

**END**

Presiding Juror should sign and date this Verdict Form

This _____ day of _____ 2026.

JURY INSTRUCTIONS  - 9 / 10
CASE NO 3:21-CV-05610-DGE

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

_____

Presiding Juror

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607