UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOE DELFGAUW et al.,<br><br>                    Defendants. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. 3:21-cv-05610-DGE |

**XX**    **JURY VERDICT.**  This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

___    **DECIDED BY THE COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

Judgment is entered in favor of Plaintiff Nathen Barton against Defendant Starter Home Investing Inc., in the amount of seventy three thousand dollars ($73,000.00).

Dated this 25th day of June 2026.

Joshua Lewis
Clerk of Court

Gretchen Craft
Deputy Clerk

Judgment on Jury Verdict - 1